Adam Wolf (Cal. Bar. No. 215914)
Peiffer Wolf Carr Kane Conway & Wise, LLP
5042 Wilshire Blvd., No. 304
Los Angeles, CA 90036
Telephone: 415-766-3545
Fax: 415-402-0058
awolf@peifferwolf.com

Stephen M. Kepper
(Admitted *pro hac vice*)
INTELLECTUAL PROPERTY CONSULTING, LLC
400 Poydras St. Suite 400
New Orleans, LA 70130
Telephone: (504) 322-7166
Fax: (504) 322-7184
skepper@iplawconsulting.com

[Additional counsel on signature page]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Divot Board, L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>Dongguan Jerry Sports Goods Co., Ltd d/b/a Champkey,<br><br>Defendant. | Case No. 5:22−cv−01096-JAK-AFM<br><br>**JOINT MOTION FOR ENTRY OF CONSENT FINAL JUDGMENT AND ORDER FOR PERMANENT INJUNCTION** |

All parties respectfully file this motion requesting the Court enter the attached Consent Final Judgment and Order for Permanent Injunction. The parties have amicably resolved this matter. As part of the resolution, Defendant, Dongguan Jerry Sports Goods Co., Ltd d/b/a Champkey, have agreed to entry of the attached Consent Final Judgment and Order for Permanent Injunction.

| | | |
|---|---|---|
| 1 | Dated: September 6, 2022 | Respectfully submitted, |
| 2 | | /s/ Adam B. Wolf |
| | | Adam Wolf (Cal. Bar. No. 215914) |
| 3 | | Peiffer Wolf Carr Kane Conway & Wise, LLP |
| | | 5042 Wilshire Blvd., No. 304 |
| 4 | | Los Angeles, CA 90036 |
| 5 | | T 415-766-3545 |
| | | F 415-402-0058 |
| 6 | | awolf@peifferwolf.com |
| 7 | | - and - |
| 8 | | /s/ Stephen M. Kepper |
| | | Stephen M. Kepper |
| 9 | | (admitted *pro hac vice*) |
| 10 | | INTELLECTUAL PROPERTY CONSULTING, LLC |
| | | 400 Poydras St. Suite 400 |
| 11 | | New Orleans, LA 70130 |
| | | Telephone: (504) 322-7166 |
| 12 | | Fax: (504) 322-7184 |
| 13 | | skepper@iplawocnsulting.com |
| 14 | | *Attorneys for Plaintiff Divot Board, L.L.C.* |
| 15 | | /s/ Steven E. Laurisen |
| | | TUCKER ELLIS LLP |
| 16 | | Steven E. Lauridsen – SBN 246364 |
| 17 | | 515 South Flower Street |
| | | Forty-Second Floor |
| 18 | | Los Angeles, CA 90071 |
| | | Telephone: 213.430.3400 |
| 19 | | Facsimile: 213.430.3409 |
| 20 | | steven.lauridsen@tuckerellis.com |
| 21 | | - and – |
| 22 | | /s/ Peter J. Curtin |
| | | ARCH & LAKE LLP |
| 23 | | Peter J. Curtin (pro hac vice pending) |
| | | Hao Tan, Ph.D. (pro hac vice pending) |
| 24 | | 203 North LaSalle Street, Suite 2100 |
| 25 | | Chicago, IL 60601 |
| | | Telephone: 312.558.1369 |
| 26 | | pete_curtin@archlakelaw.com |
| | | haotan@archlakelaw.com |
| 27 | | |
| 28 | | **Attorneys for Defendant** |

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), regarding signatures, I, Adam B. Wolf, attest that concurrence in the filing of this document has been obtained.

Dated: September 6, 2022  /s/ *Adam B. Wolf*
Adam B. Wolf

## CERTIFICATE OF SERVICE

I hereby certify the foregoing Motion for Entry of Consent Final Judgment and Order on Permanent Injunction was filed this 6th day of September 2022 with the Clerk of Court using the CM/ECF system.

*/s/ Tien Le*
Tien Le