# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Divot Board, L.L.C., | Case No. 5:22-cv-01096-JAK-AFM |
| Plaintiff, | **CONSENT FINAL JUDGMENT AND ORDER FOR PERMANENT INJUNCTION** |
| v. | **JS-6** |
| Dongguan Jerry Sports Goods Co., Ltd d/b/a Champkey, | |
| Defendant. | |

WHEREAS, Plaintiff Divot Board, L.L.C. ("Divot Board") filed this lawsuit against Defendant Dongguan Jerry Sports Goods Co., Ltd d/b/a Champkey ("Champkey") in the United States District Court for Central District of California on July 1, 2022, alleging Champkey infringed United States Patent No. 10,639,539;

WHEREAS, Divot Board filed an Application for Temporary Restraining Order and/or Preliminary Injunction (Rec. Doc. 16) ("TRO") on July 29, 2022 seeking to restrain Champkey

from making, using, selling, and offering to sell its Golf Impact Mat 3.0 product (hereafter, the "Accused Product") or any other product that infringes Divot Board's U.S. Patent No. 10,639,539;

WHEREAS, Champkey filed a response (Rec. Doc. 19) to Divot Board's TRO on August 5, 2022 denying the allegations of patent infringement and denying Divot Board was entitled to the requested relief.

WHEREAS Plaintiff and Defendant have entered into a Settlement Agreement settling all claims and counterclaims in this action and have stipulated to the entry of this consent final judgment and permanent injunction order ("Judgment").

**IT IS THEREFORE HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

**1.** This Court has jurisdiction over this action (the "Action") and the parties hereto pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338.

**2.** Venue is proper within this District under 28 U.S.C. § 1391(c)(3).

**3.** Effective immediately upon entry of this Judgment, Champkey and each of its officers, directors, agents, servants and employees, and anyone acting in concert with Champkey or under its direction or control, during the period commencing on the date hereof and through and including the date of expiration of U.S. Patent No. 10,639,539 ("Patent-in-Suit) are hereby permanently enjoined from making, using, selling, or offering to sell in the United States, or importing into the United States any product that infringes the Patent-in-Suit.

**4.** The parties waive any right of appeal from this Judgment.

**5.** This Court shall maintain jurisdiction to enforce the terms of this Judgment.

**6.** If either party brings any motion or other proceeding to enforce the terms of this Judgment, the Court shall award the prevailing party reasonable attorney's fees.

**7.** This Judgment shall bind and inure to the benefit of all parties to the civil action, and all their assigns and successors in interest.

8. Upon entry of this Judgment, the Complaint in this matter shall be deemed dismissed, with prejudice, each party to bear his, her or its own costs.

**IT IS SO ORDERED.**

September 7, 2022

John A. Kronstadt
United States District Judge