TUCKER ELLIS LLP
Steven E. Lauridsen - SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street, Forty-Second Floor
Los Angeles, CA 90071
Telephone:	213.430.3400
Facsimile:	213.430.3409

Attorneys for Defendant,
DONGGUAN JERRY SPORTS GOODS CO., LTD
D/B/A CHAMPKEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVOT BOARD, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> DONGGUAN JERRY SPORTS GOODS CO., LTD D/B/A CHAMPKEY, <br><br> Defendant. | Case No. 5:22−cv−01096-JAK (AFMx) <br><br> **REPLY IN SUPPORT OF AND NOTICE OF NON-OPPOSITION TO UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD** <br><br> DATE:	July 1, 2024 <br> TIME:	8:30 a.m. <br> CTRM:	10C <br><br> Hon. John A. Kronstadt |

1

On May 20, 2024, Steven E. Lauridsen and Tucker Ellis LLP filed their unopposed motion for leave to withdraw as counsel of record for Defendant, and they noticed that motion for hearing on July 1, 2024. ECF No. 32. Pursuant to Section 9.b. of this Court's Standing Order for Civil Cases, because the hearing date for the motion was noticed for more than thirty-five days and fewer than seventy days from filing, the deadline to file any opposition was fourteen days from filing, which would have been June 3, 2024.

As of the June 10, 2024 filing date of this reply, neither Plaintiff nor Defendant has filed an opposition to this motion, and neither Mr. Lauridsen nor Tucker Ellis LLP has received any response from Defendant. Accordingly, this motion should be granted as conceded pursuant to L.R. 7-12, and the hearing should thus be taken off calendar pursuant to L.R. 7-15.

Mr. Lauridsen and Tucker Ellis LLP therefore respectfully request that the Court grant this motion on the papers and permit them to withdraw as counsel of record for Defendant.

DATED: June 10, 2024					Tucker Ellis LLP


							By:	/s/Steven E. Lauridsen
								Steven E. Lauridsen

								Attorneys for Defendant,
								DONGGUAN JERRY SPORTS
								GOODS CO., LTD
								D/B/A CHAMPKEY

## L.R. 11-6.2 CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendant, certifies that this brief contains 180 words, which complies with the word limit of L.R. 11-6.1.

DATED: June 10, 2024						/s/Steven E. Lauridsen

2

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles.  I am over the age of eighteen years and not a party to the within entitled action.  My business address is 515 South Flower Street, Forty Second Floor Los Angeles, CA 90071.

On June 10, 2024, I served the foregoing document(s) described as REPLY IN SUPPORT OF AND NOTICE OF NON-OPPOSITION TO UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD on the interested party(ies) in this action as follows:

Dongguan Jerry Sports Goods Co., Ltd.

champkey@163.com

Room 2206, Building 1, No. 17, Yingbin Avenue, Tangxia Town

Dongguan City，Guangdong Province 523710 CN

(X) **BY MAIL:**  By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on that date following ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Los Angeles, California, in a sealed envelope with postage fully prepaid.

(X) **BY E-MAIL OR ELECTRONIC TRANSMISSION**:  I caused the documents to be sent to the persons at the e-mail addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

( ) **STATE**: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(X) **FEDERAL**:  I declare that I am a member of the bar of this Court. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 10, 2024, at Los Angeles, California.

                                        /s/Steven E. Lauridsen
                                        Steven E. Lauridsen