TUCKER ELLIS LLP
Steven E. Lauridsen - SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street, Forty-Second Floor
Los Angeles, CA 90071
Telephone:     213.430.3400
Facsimile:     213.430.3409

Attorneys for Defendant,
DONGGUAN JERRY SPORTS GOODS CO., LTD
D/B/A CHAMPKEY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVOT BOARD, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> DONGGUAN JERRY SPORTS GOODS CO., LTD D/B/A CHAMPKEY, <br><br> Defendant. | Case No. 5:22−cv−01096-JAK (AFMx) <br><br> **DECLARATION OF STEVEN E. LAURIDSEN RE: COMPLIANCE WITH ORDER RE MOTION OF STEVEN E. LAURIDSEN OF TUCKER ELLIS LLP TO WITHDRAW AS ATTORNEY [34]** <br><br> Hon. John A. Kronstadt |

1

I, Steven E. Lauridsen, declare as follows:

1. I am a partner at Tucker Ellis LLP, counsel of record for Defendant in this action. I make this declaration based on my personal knowledge and, if called as a witness, would testify competently to each of the following facts.

2. On June 10, 2024, I received a copy of the Court's Order re Motion of Steven E. Lauridsen of Tucker Ellis LLP to Withdraw as Attorney ("Order"). ECF No. 34.[1]

3. As ordered by the Court, I provided a copy of the Order to Defendant by email and mail today at the same email and mailing address as that reflected on the proof of service for this document. In my email to Defendant, I explained that the Order was stayed for fourteen days to allow Defendant time to have new counsel file an appearance in this action. I also explained that, if new counsel does not appear within that timeframe, the Motion for Contempt may be deemed unopposed, in part because Defendant cannot represent itself in this matter. I again emphasized the potential consequences of Defendant not having new counsel enter an appearance and thus not opposing the Motion for Contempt, as well as the seriousness of the Court potentially finding Defendant in contempt of the Court's orders.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 10, 2024 in Los Angeles, California.

                                                      /s/Steven E. Lauridsen

---

[1] Although the Order was filed on June 7, 2024, it was entered on the docket on June 10, 2024. On June 10, prior to receiving the Court's Order, I filed papers with the Court indicating that the motion to withdraw had not been opposed and requesting the Court grant the motion on the papers as conceded. After my filing, I received notice of the Order being entered on the docket. I apologize for any confusion that may have resulted from those filings crossing in the CM/ECF system.

2

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles. I am over the age of eighteen years and not a party to the within entitled action. My business address is 515 South Flower Street, Forty Second Floor Los Angeles, CA 90071.

On June 10, 2024, I served the foregoing document(s) described as DECLARATION OF STEVEN E. LAURIDSEN RE: COMPLIANCE WITH ORDER RE MOTION OF STEVEN E. LAURIDSEN OF TUCKER ELLIS LLP TO WITHDRAW AS ATTORNEY [34] on the interested party(ies) in this action as follows:

Dongguan Jerry Sports Goods Co., Ltd.

champkey@163.com

Room 2206, Building 1, No. 17, Yingbin Avenue, Tangxia Town

Dongguan City , Guangdong Province 523710 CN

(X) **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Los Angeles, California, in a sealed envelope with postage fully prepaid.

(X) **BY E-MAIL OR ELECTRONIC TRANSMISSION**: I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

( ) **STATE**: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(X) **FEDERAL**: I declare that I am a member of the bar of this Court. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 10, 2024, at Los Angeles, California.

        /s/Steven E. Lauridsen
        Steven E. Lauridsen